# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:10cv581

| | | |
|---|---|---|
| CLARENCE L. BARBER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| CITY OF CHARLOTTE (CITIZENS REVIEW BOARD); and CHARLOTTE MECKLENBURG POLICE DEPARTMENT, | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Clarification on Response Deadline (#33). While defendants filed an Amended Motion for Summary Judgment (#31) on September 26, 2012, they took no action to cancel their original Motion for Summary Judgment (#29), which left pending plaintiff's Motion for Extension of Time to File Response to the [original] Motion for Summary Judgment (#30). The court will, therefore, terminate the original Motion for Summary Judgment (#31), the mooted Motion for Extension of Time (#30), and strike the Order (#32) as improvidently granted.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Clarification on Response Deadline (#33) is **ALLOWED**, and the original Motion for Summary Judgment (#31) is **TERMINATED** as withdrawn in favor of the Amended Motion for Summary Judgment, the Motion for Extension of Time (#30) is **DENIED** as moot, and Order (#32) is **STRICKEN** as improvidently granted.

Respective counsel are advised to seasonably file notices of withdrawal of motions that are moot.

Signed: October 16, 2012

Max O. Cogburn Jr.
United States District Judge