IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv581

| | |
|---|---|
| CLARENCE L. BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| Vs. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE (CITIZENS ) | |
| REVIEW BOARD); and CHARLOTTE ) | |
| MECKLENBURG POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Clarification on Response Deadline (#33). While defendants filed an Amended Motion for Summary Judgment (#31) on September 26, 2012, they took no action to cancel their original Motion for Summary Judgment (#29), which left pending plaintiff's Motion for Extension of Time to File Response to the [original] Motion for Summary Judgment (#30). The court will, therefore, terminate the original Motion for Summary Judgment (#29), the mooted Motion for Extension of Time (#30), and strike the Order (#32) as improvidently granted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Clarification on Response Deadline (#33) is **ALLOWED**, and the original Motion for Summary Judgment (#29) is **TERMINATED** as withdrawn in favor of the Amended Motion for Summary Judgment, the Motion for Extension of Time (#30) is **DENIED** as moot, and Order (#32) is **STRICKEN** as improvidently granted.

-1-

Respective counsel are advised to seasonably file notices of withdrawal of motions that are moot.

Signed: October 17, 2012

Max O. Cogburn Jr.
United States District Judge