# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cv581

| | | |
|---|---|---|
| CLARENCE L. BARBER, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| CITY OF CHARLOTTE (CITIZENS REVIEW BOARD); and CHARLOTTE MECKLENBURG POLICE DEPARTMENT, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on defendants' Amended Motion for Summary Judgment (#31), which has now been fully briefed. Review of the docket does not, however, readily reveal a report from a mediator as required by the Pretrial Order and the Local Civil Rules, which set a mediation deadline of August 31, 2012. Prior to the hearing, counsel shall comply with such provision by conducting mediation (if not already conducted) and by filing a mediator's report.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Amended Motion for Summary Judgment (#31) is **CALENDARED** for hearing at a date and time to be set and noticed by the Clerk of Court.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge

-1-