IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv581

| | |
|---|---|
| CLARENCE L. BARBER, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> Vs. ) <br> ) <br> CITY OF CHARLOTTE (CITIZENS ) <br> REVIEW BOARD); and CHARLOTTE ) <br> MECKLENBURG POLICE ) <br> DEPARTMENT, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court on defendants' Amended Motion for Summary Judgment (#31), which has been fully briefed. On November 20, 2012, counsel reported to the court that mediation, conducted that day, had reached an impasse and that resolution of the dispositive motion could aid the parties in resolving this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Amended Motion for Summary Judgment (#31) is **CALENDARED** for oral arguments on December 19, 2012, at 2 p.m.

Signed: November 28, 2012

Max O. Cogburn Jr.
United States District Judge